IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MARK E. CARRIER and RUTH CARRIER, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | Civil No. 12-104 RMB/JS <br><br> [Docket No. 24] <br><br> **ORDER** |
| LUIS NIEVES, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | Civil No. 12-7702 RMB/JS <br><br> [Docket No. 5] |
| ALLEN DIKKER, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | Civil No. 12-7755 RMB/JS <br><br> [Docket No. 6] |

| | |
|---|---|
| MICHAEL CARELLI,<br><br>             Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>             Defendants. | Civil No. 12-7701 RMB/JS<br><br>[Docket No. 5] |
| MARY DEBONIS,<br><br>             Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>             Defendants. | Civil No. 12-7945 RMB/JS<br><br>[Docket No. 5] |
| ARMANDO GARCIA,<br><br>             Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>             Defendants. | Civil No. 12-7946 RMB/JS<br><br>[Docket No. 6] |

| | |
|---|---|
| KRZYSZTOF KOWALCZYK<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Civil No. 12-7947 RMB/JS<br><br>[Docket No. 5] |
| DILCIA MENDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Civil No. 12-7949 RMB/JS<br><br>[Docket No. 5] |
| JUNG LIM,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Civil No. 12-7948 RMB/JS<br><br>[Docket No. 5] |

THIS MATTER having come before the Court upon Defendant's Motions to Dismiss in the above-captioned matters; and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Defendant's Motions to Dismiss in Civil Action Nos. 12-104, 12-7702, 12-7755, 12-7701, 12-7945, 12-7946, 12-7947, and 12-7949, are **GRANTED**; and

IT IS FURTHER **ORDERED** that the files in Civil Action Nos. 12-104, 12-7702, 12-7755, 12-7701, 12-7945, 12-7946, 12-7947, and 12-7949 are to be closed by the Clerk of Court without prejudice to reopening those matters upon the filing of motions for leave to file amended complaints by the Plaintiffs; and

IT IS FURTHER **ORDERED** that Plaintiffs in Civil Action Nos. 12-104, 12-7702, 12-7755, 12-7701, 12-7945, 12-7946, 12-7947, and 12-7949 shall have **thirty (30) days** from the date of this Order to file motions for leave to file amended complaints, including a copy of the proposed amended complaints with those motions; and

IT IS FURTHER **ORDERED** that Defendant's Motion to Dismiss in Civil Action No. 12-7948 is **GRANTED** and the Plaintiff's claims are dismissed with prejudice; and

IT IS FURTHER **ORDERED** that the Clerk of the Court shall close the file in Civil Action No. 12-7948.

s/Renée Marie Bumb_____
RENÉE MARIE BUMB
United States District Judge

Dated: January 31, 2014